# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

1) BONNIE J. BURTCHER,
    Plaintiff

vs.       Case Number:     CIV-12-898-HE
                                                                       Honorable Joe Heaton

1) DEACONESS HEALTH SYSTEM, LLC
d/b/a/ DEACONESS HOSPITAL,
    Defendant

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:
> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

DEACONESS HEALTH SYSTEM, LLC, d/b/a DEACONESS HOSPITAL
[name of party]

who is a (check one)   [ ] PLAINTIFF   [X] DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   [ ] YES   [X] NO

2. **Does party have any parent corporations?**

    (Check one)   [X] YES   [ ] NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:
    Deaconess Health System, LLC, d/b/a/ Deaconess Hospital is owned by Deaconess Hospital Holdings, LLC.
    Deaconess Hospital Holdings, LLC is owned by Deaconess Holdings, LLC.
    Deaconess Holdings, LLC is owned by Triad Holdings IV, LLC.
    Triad Holdings IV, LLC is owned by Tennyson Holdings, LLC.
    Tennyson Holdings, LLC is owned by Triad Healthcare Corporation.
    Triad Healthcare Corporation's parent company is CHS/Community Health Systems, Inc.
    CHS/Community Health Systems, Inc is owned by Community Health Systems, Inc. which is a publicly traded company.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)  ☐ YES    ☒ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES    ☒ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES    ☒ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this   17th  day of September,   2012.

*s/ Jessica V. Hunt*
Signature

Jessica V. Hunt                        30116
Printed Name                         Bar Number

Strecker & Associates, P.C.
Firm Name

401 S. Boston Ave., Ste. 2150
Address

Tulsa, OK                          74103-4009
City                    S            ZIP

(918) 582-1716          (918) 582-1780
Phone                                  Fax

jessica.hunt@streckerlaborlaw.com
Email Address

### CERTIFICATE OF SERVICE

I hereby certify that on   17th of September, 2012   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Corporate Disclosure Statement                    2                           CV-24 (04/07)

Jana B. Leonard
Shannon C. Haupt
Lauren. W. Johnston

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service  ☐ In Person Delivery
☐ Courier Service  ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

*s/ Jessica V. Hunt*
Signature